**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ANGELA FIELDS and OSCAR FIELDS,

      Plaintiff,

      v.

SANOFI US SERVICES INC. and
SANOFI-AVENTIS U.S. LLC, f/k/a
SANOFI-AVENTIS US, INC.

      Defendants.

CAUSE NO. 3:23-cv-00183-RLY-MKK

> ACKNOWLEDGED. Case is
> DISMISSED WITH PREJUDICE.
>
> _[signature]_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/02/2024

## STIPULATION TO DISMISS

    **IT IS HEREBY STIPULATED AND AGREED** by and between ANGELA FIELDS AND OSCAR FIELDS and SANOFI US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC, through their respective Attorneys, that this case be dismissed without costs to either party, all matters of controversy having been settled.

    **IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which this action has been brought.

Dated:  November 27, 2024

Respectfully submitted,

/s/ Curtis Brooks Cutter

Curtis Brooks Cutter
Cutter Law, P. C.
401 Watt Avenue
Sacramento, CA 95864
916-290-9400
Fax: 916-588-9330

Jennifer S Domer
Cutter Law, P. C.
401 Watt Avenue
Sacramento, CA 95864
916-290-9400

***Counsel for Plaintiff Angela Fields***

 /s/ William F. Northrip

William F. Northrip
Jousef M. Shkoukani
SHOOK, HARDY & BACON, L.L.P
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
wnorthrip@shb.com
jshkoukani@shb.com

J.T. Larson (IN 31392-29)
Ladene I. Mendoza (#34121-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
jt.larson@btlaw.com
Ladene.Mendoza@btlaw.com

***Counsel for Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC.***